IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE ROBERTS,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

ORDER

Case No. 16-cv-541-bbc

    Petitioner Terrance Roberts seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 23, 2016. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately January 28, 2016 through the date of the petition, July 28, 2016.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Terrance Roberts may have until August 23, 2016, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 23, 2016, I will assume that petitioner wishes to withdraw this petition.

Entered this 2nd day of August, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge