IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE ROBERTS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 16-cv-541-bbc

TOM WATSON,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Terrance Roberts for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 12/12/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |