FORM 1

## NOTICE OF APPEAL

DOC NO
REC'D/FILED

2018 JAN 11 AM 10: 20

PETER OPPENEER
CLERK US DIST C.
WD (. U.

<u>NOTE:</u>
You may use this form to make an appeal provided that it arrives in the Office of the Clerk of the District Court within 30 days of the date of entry of the decision (60 days if the United States or an officer or agency of the United States is a party).

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
WESTERN _____ DISTRICT OF __WISCONSIN_____

TERRANCE ROBERTS

    Petitioner,

    v.

R. MARQUES
    Respondent,

NOTICE OF APPEAL
16-cv-541-bbc

Docket No.

Notice is hereby given that ___Terrance Roberts_____ hereby appeals to the

                (party)

United States Court of Appeals for the __Seventh_____ Circuit from the decision (describe it)
of denying the petition of Terrance Roberts for writ of habeas corpus under 28 U.S.C. §2241 and dismissing the case.

entered In this action on the __12th__ day of ___December_____, 20_17_.

_Terrance Robert_____
Signature

_Sandstone-FCI P.O. Box 1000____
Address
_Sandstone, MN 55072_____

( ___ ) _____
Telephone Number (with area code)

DATE:__1/9/18_____